IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES E. HARTZOG, as Trustee for H & H DOORS AND HARDWARE, INC. PROFIT SHARING PLAN, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:03CV661-W WO |
| A.G. EDWARDS & SONS, INC., et al., | ) ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

This action is presently before the court on the motion requesting a pretrial ruling that plaintiff's recovery is limited to losses attributable to "innocent" beneficiaries (Doc. # 109) filed by defendants A.G. Edwards and Tew. The motion has not been submitted on stipulated facts and the court has determined that it is unable to render a binding decision on this issue on the present posture of the case. Accordingly, it is

ORDERED that the motion is DENIED.[1]

DONE, this 26th day of April, 2005.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

---

[1] However, to assist the parties in their upcoming mediation, the court advises the parties that it is not convinced by defendants' argument or the authority cited in their motion that any malfeasance by James or Mark Hartzog with regard to Plan assets precludes the Plan's claim against A.G. Edwards and Tew for damages arising from the alleged negligence of A.G. Edwards and Tew.