IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES. E. HARTZOG, as Trustee for H & H DOORS AND HARDWARE, INC. PROFIT SHARING PLAN, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO.1:03cv661-W WO |
| A. G. EDWARDS & SONS, INC., et al., | ) ) | |
| Defendants. | ) | |

## JUDGMENT

Pursuant to the joint stipulation for dismissal filed by the parties on May 19, 2005, it is the ORDER, JUDGMENT and DECREE of the court that plaintiff's claims against defendants A. G. Edwards and Tew are DISMISSED with prejudice, with each party to bear their own costs. The court will retain jurisdiction over the matter for thirty days from the date of this order for purposes of enforcing the terms of the settlement between the parties. There being no just reason for delay, the Clerk is DIRECTED to enter judgment as set forth above.

DONE, this 25th day of May, 2005.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE