IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES. E. HARTZOG, as Trustee for H & H DOORS AND HARDWARE, INC. PROFIT SHARING PLAN, ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CIVIL ACTION NO.1:03cv661-W WO |
| A. G. EDWARDS & SONS, INC., et al., ) ) | |
| Defendants. ) | |

## JUDGMENT

Pursuant to the joint stipulation for dismissal filed by the parties on May 19, 2005, it is the ORDER, JUDGMENT and DECREE of the court that the claims brought by A. G. Edwards and Tew against James Hartzog and Mark Hartzog are DISMISSED with prejudice, with each party to bear their own costs.[1]  There being no just reason for delay, the Clerk is DIRECTED to enter judgment as set forth above.

DONE, this 17th day of June, 2005.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

---

[1] These claims were inadvertently omitted from the first judgment.